United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Marcos Valenzuela and Sergio Crego, Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-20151-Civ-Scola |
| IEC US Holdings, Inc. d/b/a Florida Career College, Defendant. | ) ) | |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal With Prejudice, ECF No. 17). This case shall remain **closed**. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on May 1, 2020.

_____
Robert N. Scola, Jr.
United States District Judge